IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. DUFFY<br><br>            Plaintiff<br><br>v.<br><br>MICHAEL A. GEORGE, *et al.*<br><br>           Defendants | CIVIL ACTION<br>NO. 14-02111 |

## ORDER

AND NOW, this 23rd day of December, 2015, upon consideration of the Motions to Dismiss filed by Defendants John Lott, Sheila Gantz, Bear Mountain Realty, Richard E. Thrasher, Joseph Miller and the Estate of Catherine M. Miller (ECF No. 31), Michael A. George (ECF No. 36), Edward R. Puhl (ECF No. 40) and Yvette Kane (ECF No. 59) (collectively, "the Motions"), and Plaintiff's opposition thereto (ECF Nos. 39, 51, 53, 64) it is **ORDERED** that the Motions are **GRANTED** and the Amended Complaint is **DISMISSED with prejudice.** It is further **ORDERED** that the this case shall be marked **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.